No. D–1984. IN RE DISBARMENT OF TURNER. Disbarment entered. [For earlier order herein, see 524 U. S. 973.]

No. D–1985. IN RE DISBARMENT OF DREW. Disbarment entered. [For earlier order herein, see 524 U. S. 973.]

No. D–1986. IN RE DISBARMENT OF PINCKNEY. Disbarment entered. [For earlier order herein, see 524 U. S. 973.]

No. D–1996. IN RE DISBARMENT OF BRAXTON. Harold L. Braxton, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1997. IN RE DISBARMENT OF KRAMER. Steven M. Kramer, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1998. IN RE DISBARMENT OF TORPY. Richard D. Torpy, of Littleton, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1999. IN RE DISBARMENT OF CAMPOS QUIROZ. Raymundo Campos Quiroz, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2000. IN RE DISBARMENT OF HENRY. Donald Wilson Henry, of Woodland Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2001. IN RE DISBARMENT OF LALIME. James L. Lalime, of Williamsville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.